UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DENIS J. GROSSMAN and | § | Case Number: 09-72857 |
| SHARON E. GROSSMAN, | § | |
| Debtors. | § | JUDGE THOMAS M. LYNCH |

## CERTIFICATE OF SERVICE

The undersigned certifies that on __January 11__, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney Mark Zaleski
10 North Galena Ave Suite 220
Freeport, IL 61032

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

　　　　　　　　　　　　　　　　　　　　　　　/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

| | | |
|---|---|---|
| Bank of America<br>PO Box 15019<br>Wilmington, DE 19886-5019 | Bank of America<br>PO Box 17220<br>Baltimore, MD 21297-1220 | Farm Plan<br>PO BOX 5328<br>Madison, WI 53705-0328 |
| Farm Plan<br>PO BOX 650215<br>Dallas, TX 75265-0215 | Fifth Third Bank Mastercard<br>POB 740789<br>Cincinnati, OH 45274-0789 | Missouri Valley Credit Union<br>PO Box 4519<br>Carol Stream, IL 60197-4519 |
| Thomas Rigney<br>C/O Atty Bill Sisler<br>204 W. Stephenson<br>Freeport, IL 61032-4325 | US BANK<br>PO BOX 5229<br>CINCINNATI, OH 45201-5229 | US Bank Home Mortgage<br>PO Box 20005<br>Owensboro, KY 42304-0005 |
| WFNNB - Woman Within<br>PO Box 659728<br>San Antonio, TX 78265-9728 | Denis J. Grossman<br>10903 North Kennedy Hill Road<br>Byron, IL 61010 | Sharon E. Grossman<br>10903 North Kennedy Hill Road<br>Byron, IL 61010 |