## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: GROSSMAN, DENIS J. § Case No. 09-72857
      GROSSMAN, SHARON E. §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $138,517.00    Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00    Claims Discharged
                                                  Without Payment: $0.00

Total Expenses of Administration: $45,085.79

---

    3) Total gross receipts of $88,553.88 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $43,468.09 (see **Exhibit 2**), yielded net receipts of $45,085.79 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 45,085.79 | 45,085.79 | 45,085.79 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $45,085.79 | $45,085.79 | $45,085.79 |

    4)  This case was originally filed under Chapter 7 on July 09, 2009. The case was pending for 104 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/14/2018        By: /s/JOSEPH D. OLSEN
                                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury claim | 1242-000 | 88,553.88 |
| **TOTAL GROSS RECEIPTS** | | **$88,553.88** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Sharon Grossman | | 8100-002 | 15,000.00 |
| GROSSMAN, DENIS J. | Dividend paid 100.00% on $28,468.09; Claim# SURPLUS; Filed: $28,468.09; Reference: | 8200-004 | 0.00 |
| Sharon E Grossman | Dividend paid 100.00% on $28,468.09; Claim # SUrpLUS; Filed: $28,468.09 | 8200-002 | 28,468.09 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$43,468.09** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 5,258.58 | 5,258.58 | 5,258.58 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 49.32 | 49.32 | 49.32 |
| Attorney for Trustee Fees (Trustee Firm) - Attorney Joseph D Olsen | 3110-000 | N/A | 2,002.00 | 2,002.00 | 2,002.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.94 | 62.94 | 62.94 |
| Other - Freese & Goss PLLC | 3210-600 | N/A | 17,817.75 | 17,817.75 | 17,817.75 |
| Other - Freese & Goss PLLC | 3220-610 | N/A | 834.30 | 834.30 | 834.30 |
| Other - Matthews & Associates | 3210-600 | N/A | 17,817.75 | 17,817.75 | 17,817.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 98.87 | 98.87 | 98.87 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 79.13 | 79.13 | 79.13 |
| Other - Garretson Resolution Group | 3991-000 | N/A | 1,012.16 | 1,012.16 | 1,012.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 52.99 | 52.99 | 52.99 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $45,085.79 | $45,085.79 | $45,085.79 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | None | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-72857  
**Case Name:** GROSSMAN, DENIS J.  
GROSSMAN, SHARON E.  
**Period Ending:** 03/14/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/09/09 (f)  
**§341(a) Meeting Date:** 08/13/09  
**Claims Bar Date:** 07/17/17

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence, Location: 3614 North Hu | 120,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash | 150.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account with US Bank, Freeport, IL | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture, furnishings, appliances, and misc. ot | 4,000.00 | 0.00 | | 0.00 | FA |
| 5 | Books, pictures, videos, misc. cds and other mis | 500.00 | 0.00 | | 0.00 | FA |
| 6 | Debtor's clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Rings, watches, misc. items | 300.00 | 0.00 | | 0.00 | FA |
| 8 | 2 firearms, misc. sporting goods and recreationa | 750.00 | 0.00 | | 0.00 | FA |
| 9 | Whole life insurance policy | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Term policy | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Mrs. Grossman is a 50% shareholder of a counseli | 1,500.00 | 0.00 | | 0.00 | FA |
| 12 | Social security | 1,507.00 | 0.00 | | 0.00 | FA |
| 13 | Social security | 560.00 | 0.00 | | 0.00 | FA |
| 14 | 1999 Chrysler Cirrus | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | 1997 Dodge Dakota pick up | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | 1986 Suzuki motorcycle | 400.00 | 0.00 | | 0.00 | FA |
| 17 | 1996 Jeep Cherokee | 1,500.00 | 0.00 | | 0.00 | FA |
| 18 | 8 goats | 500.00 | 0.00 | | 0.00 | FA |
| 19 | Misc. hand tools | 350.00 | 0.00 | | 0.00 | FA |
| 20 | Misc. lawn care equipment | 500.00 | 0.00 | | 0.00 | FA |
| 21 | Personal injury claim (u) | Unknown | Unknown | | 88,553.88 | FA |
| 21 | **Assets Totals** (Excluding unknown values) | **$138,517.00** | **$0.00** | | **$88,553.88** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 03/14/2018 07:40 AM    V.13.32

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-72857  
**Case Name:** GROSSMAN, DENIS J.  
GROSSMAN, SHARON E.  
**Period Ending:** 03/14/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 07/09/09 (f)  
**§341(a) Meeting Date:** 08/13/09  
**Claims Bar Date:** 07/17/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** January 11, 2018  **Current Projected Date Of Final Report (TFR):** January 11, 2018

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-72857  
**Case Name:** GROSSMAN, DENIS J.  
GROSSMAN, SHARON E.  
**Taxpayer ID #:** **-***4370  
**Period Ending:** 03/14/18

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2466 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/10/17 | {21} | Bard II Freese & Goss | partial distribution on offer in compromise | 1242-000 | 65,644.32 | | 65,644.32 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.94 | 65,581.38 |
| 09/21/17 | {21} | Bard II QSF Freese & Goss | partial distribution on offer in compromise | 1242-000 | 22,909.56 | | 88,490.94 |
| 09/21/17 | 101 | Freese & Goss PLLC | per order to compromise 07/24/2017 | 3210-600 | | 17,817.75 | 70,673.19 |
| 09/21/17 | 102 | Freese & Goss PLLC | per order to compromise 07/24/2017 | 3220-610 | | 834.30 | 69,838.89 |
| 09/21/17 | 103 | Matthews & Associates | per order to compromise 07/24/2017 | 3210-600 | | 17,817.75 | 52,021.14 |
| 09/25/17 | 104 | Sharon Grossman | | 8100-002 | | 15,000.00 | 37,021.14 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.87 | 36,922.27 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 79.13 | 36,843.14 |
| 11/22/17 | 105 | Garretson Resolution Group | per court order 11-22-2017 | 3991-000 | | 1,012.16 | 35,830.98 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 52.99 | 35,777.99 |
| 02/05/18 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $49.32, Trustee Expenses; Reference: | 2200-000 | | 49.32 | 35,728.67 |
| 02/05/18 | 107 | Attorney Joseph D Olsen | Dividend paid 100.00% on $2,002.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,002.00 | 33,726.67 |
| 02/05/18 | 108 | JOSEPH D. OLSEN | Dividend paid 100.00% on $5,258.58, Trustee Compensation; Reference: | 2100-000 | | 5,258.58 | 28,468.09 |
| 02/05/18 | 109 | GROSSMAN, DENIS J. | Dividend paid 100.00% on $28,468.09; Claim# SURPLUS; Filed: $28,468.09; Reference: Voided on 02/05/18 | 8200-004 | | 28,468.09 | 0.00 |
| 02/05/18 | 109 | GROSSMAN, DENIS J. | Dividend paid 100.00% on $28,468.09; Claim# SURPLUS; Filed: $28,468.09; Reference: Voided: check issued on 02/05/18 | 8200-004 | | -28,468.09 | 28,468.09 |
| 02/05/18 | 110 | Sharon E Grossman | Dividend paid 100.00% on $28,468.09; Claim # SUrpLUS; Filed: $28,468.09 | 8200-002 | | 28,468.09 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 88,553.88 | 88,553.88 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 88,553.88 | 88,553.88 | |
| | | | Less: Payments to Debtors | | | 43,468.09 | |
| | | | **NET Receipts / Disbursements** | | **$88,553.88** | **$45,085.79** | |

{} Asset reference(s)

Printed: 03/14/2018 07:40 AM    V.13.32

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 09-72857 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** GROSSMAN, DENIS J. | **Bank Name:** Rabobank, N.A. |
| GROSSMAN, SHARON E. | **Account:** ******2466 - Checking Account |
| **Taxpayer ID #:** **-***4370 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 03/14/18 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

| | | |
|---|---:|---:|
| Net Receipts : | 88,553.88 | |
| Less Payments to Debtor : | 43,468.09 | |
| Net Estate : | $45,085.79 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******2466** | 88,553.88 | 45,085.79 | 0.00 |
| | $88,553.88 | $45,085.79 | $0.00 |

{} Asset reference(s)                                          Printed: 03/14/2018 07:40 AM    V.13.32